UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BOYLE,<br><br>        Plaintiff,<br><br>    v.<br><br>ARAMARK SERVICES, INC.,<br><br>        Defendant. | No. 2:23–cv–00998–KJN<br><br><br>ORDER |

      This case was removed from state court on May 26, 2023 and assigned solely to the undersigned pursuant to Appendix A of the court's Local Rules. Under the Initial Scheduling Order, all parties were to inform the Clerk of Court of their decision whether to Consent or Decline magistrate judge jurisdiction for all purposes in this case by filing their Consent/Decline form (ECF No. 2-1) within fourteen days of removal, in this case by June 8, 2023. (ECF No. 2 at 2, para. 2.) A review of the docket indicates that not all Consent/Decline forms have been submitted.

      There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented. See Fed. R. Civ. P. 73(b)(1). However, for proper case administration, each party must inform the Clerk of Court whether it consents to magistrate judge jurisdiction for all purposes. Therefore, all parties shall file their Consent/Decline forms within

seven days of this order.

Further, the parties are reminded that defendant's answer filed on June 9, 2023 triggers the 30-day deadline for the parties to file a Joint Status Report addressing the subjects listed in Local Rule 240(a) to assist the court in setting a scheduling order for the case. (See ECF No. 2 at 2, para. 3.)  However, that deadline only applies if all parties consent to magistrate judge jurisdiction for all purposes under 28 U.S.C. § 636(c).  If not all parties consent to magistrate judge jurisdiction for all purposes, this case would be randomly reassigned to a district judge as presiding judge, and that district judge would direct the case's scheduling.

## **ORDER**

Accordingly, it is HEREBY ORDERED that:

1. All parties shall file their completed Consent/Decline forms within seven days of this order;
2. If all parties choose to consent to magistrate judge jurisdiction for all purposes, the parties shall file their joint status report as originally ordered, no later than **July 10, 2023,** or shall timely request an extension of that deadline;
3. In the event that at least one party declines Magistrate Judge jurisdiction, no joint status report is required, as the case will then automatically be reassigned to a district judge.

Dated:  June 27, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

boyl.0998

2